

FILED IN COURT OF APPEALS
12th Court of Appeals District

DEC 11 2015

TYLER, TEXAS
PAM ESTES, CLERK

FILE COPY

RE: Case No. 15-0799               DATE: 12/8/2015
    COA #: 12-14-00016-CV     TC#: 3-41887
STYLE: JUAN ENRIQUEZ
    v. RICK THALER, BRAD LIVINGSTON, OLIVER BELL, TODD
    FOXWORTH, JOHN RUPERT, AND REYNALDO CASTRO

Today the Supreme Court of Texas received and filed a second motion for extension of time to file petition for review pursuant to Rule 53.7(f) in the above numbered and styled case.